# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHARITY COLES**                                                                                    **PLAINTIFF**

**v.**                          **No. 3:25-cv-00254-BSM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                                                          **DEFENDANT**

## ORDER

Plaintiff's motion to proceed *in forma pauperis* (*Doc. 1*) is GRANTED. Plaintiff may proceed without prepayment of fees and costs. The Clerk of Court will notify the Commissioner of this case pursuant to Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

Consistent with the Court's October 3, 2025 Administrative Order,[1] this case is stayed pending further Order of the Court.

So Ordered 12 November 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Available at: AO Stay SSA Cases Govt Shutdown.10.3.2025.pdf.