**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHARITY COLES** **PLAINTIFF**

**v.** **CASE NO. 3:25-CV-00254-BSM**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**
Commissioner

## ORDER

United States Magistrate Edie R. Ervin's recommended disposition [Doc. No. 14] is adopted. The Commissioner's decision is affirmed and Charity Coles's claims are dismissed with prejudice.

IT IS SO ORDERED this 24th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE