**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHARITY COLES** **PLAINTIFF**

**v.** **CASE NO. 3:25-CV-00254-BSM**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**
Commissioner

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of September, 2026.

UNITED STATES DISTRICT JUDGE